UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FINANCIAL PACIFIC LEASING, INC.,

    Plaintiff,

v.                                             ACTION NO. 2:14cv134

BLACKWATER TRANSPORT, INC.,
MILES WHITE III, and
DONNA WHITE,

    Defendants.

## FINAL ORDER

    This matter comes before the court on plaintiff's Motion To Enter Default Judgment As To All Defendants (ECF No. 6) filed May 21, 2014. The matter was referred to a United States Magistrate Judge by Order dated August 28, 2014 (ECF No. 11), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

    The United States Magistrate Judge's Report and Recommendation was filed on January 5, 2015. The magistrate judge recommended granting plaintiff's Motion for Default Judgment.

    By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has

expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed January 5, 2015. Accordingly, the plaintiff's Motion for Default Judgment is **GRANTED,** and default judgment is entered in favor of the plaintiff and against the defendants in the amount of $95,704.30, plus post-judgment interest accruing at the legal rate as calculated pursuant to 28 U.S.C. § 1961. Plaintiff is **AWARDED** $9,217.00 in attorneys' fees and $1,053.37 in costs. The Clerk of Court is **DIRECTED** to issue a writ of execution, authorizing the United States Marshal to seize the equipment listed in Exhibit A, as attached to this Final Order, from defendant, Blackwater Transport, and deliver the same to plaintiff.

    The Clerk shall so enter judgment.

    The Clerk shall forward a copy of this Final Order to all parties of record.

    It is so **ORDERED.**

/s/
Rebecca Beach Smith
Chief
United States District Judge
REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

January 28, 2015